IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSIAH ANTHONY LEE HADLEY,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-400
LT Case No. 05-2014-CF-045214-A

Decision filed September 20, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Robert D. Malove, of The Law Office
of Robert David Malove, P.A., Ft.
Lauderdale, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.